MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
THE GAP, INC.

| BURSOR & FISHER, P.A. | GUCOVSCHI ROZENSHTEYN, PLLC. |
|---|---|
| L. Timothy Fisher, Bar No. 191626 | Adrian Gucovschi |
| 1990 North California Blvd., Suite 940 | 630 Fifth Avenue, Suite 2000 |
| Walnut Creek, CA 94596 | New York, NY 10111 |
| T: +1.925.300.4455 | T: +1.212.884.4230 |
| F: +1.925.407.2700 | F. +1.212.884.4230 |
| ltfisher@bursor.com | adrian@gr-firm.com |
| | |
| Joseph I Marchese | Attorneys for Plaintiff, |
| Alec M. Leslie | Efren Ramos |
| 1330 Avenue of the Americas | |
| New York, NY 10019 | |
| T: +1.646.837.7150 | |
| F. +1.212.989.9163 | |
| jmarchese@bursor.com | |
| aleslie@bursor.com | |
| | |
| Attorneys for Plaintiff, | |
| Efren Ramos | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EFREN, RAMOS, individually and on behalf of all other persons similarly situated, | Case No. 4:23-cv-04715-HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINES FOR BRIEFING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| THE GAP, INC., | |
| Defendant. | |

Pursuant to Local Rule 6-1(a), Plaintiff Efren Ramos ("Plaintiff") and Defendant The Gap, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed a First Amended Complaint on October 21, 2024;

**WHEREAS**, Defendant's deadline to respond to the First Amended Complaint is currently November 4, 2024 pursuant to Federal Rule of Civil Procedure 15(a)(3);

**WHEREAS**, the parties have met and conferred and agreed to extend Defendant's deadline to respond to the First Amended Complaint from November 4, 2024 to November 18, 2024;

**WHEREAS,** the parties also agreed to extend Plaintiff's deadline to file opposition to the motion to dismiss to December 18, 2024 and Defendant's deadline to file a reply brief to January 8, 2025;

**WHEREAS**, the extensions of these deadlines will not alter the date of any event or any deadline already fixed by Court order;

**NOW THEREFORE**, the parties stipulate that, pursuant to Local Rule 6-1(a), Defendant's deadline to respond to the First Amended Complaint will be extended from November 4, 2024 to November 18, 2024, the deadline for Plaintiff to file an opposition to that motion will be extended from December 2, 2024 to December 18, 2024, and the deadline for Defendant to file a reply brief in support of the motion to dismiss the First Amended Complaint will be extended from December 25, 2024 to January 8, 2025.

**IT IS SO STIPULATED.**

Dated: October 29, 2024

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Joseph Duffy
Joseph Duffy
Megan A. Suehiro

Attorneys for Defendant
THE GAP, INC.

DB2/ 48346167.2

2

STIPULATION AND ORDER EXTENDING DEADLINES FOR BRIEFING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 4:23-CV-04715-HSG

| | | |
|---|---|---|
| 1 | Dated: October 29, 2024 | BURSOR & FISHER, P.A. |
| 2 | | |
| 3 | | By  /s/ *Alec M. Leslie*<br>     Alec M. Leslie |
| 4 | | Attorneys for Plaintiff,<br>EFREN RAMOS |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

_____
Joseph Duffy

DB2/ 48346167.2

3

STIPULATION AND ORDER EXTENDING
DEADLINES FOR BRIEFING ON MOTION
TO DISMISS FIRST AMENDED
COMPLAINT
CASE NO. 4:23-CV-04715-HSG

**ORDER**

Upon consideration of the Parties' Stipulation, and finding good cause exists for the Request, the Stipulation is approved, and all parties shall comply with its provisions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/30/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge

DB2/ 48346167.2

4

STIPULATION AND ORDER EXTENDING DEADLINES FOR BRIEFING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 4:23-CV-04715-HSG